**CRIMINAL COMPLAINT** — **VICTIM**

| United States District Court | DISTRICT of ARIZONA |
|---|---|

FILED ___ LODGED
RECEIVED ___

DEC 1 4 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

| | |
|---|---|
| United States of America | DOCKET NO. |
| v. | |
| **Steven Rene Gallardo** | MAGISTRATE'S CASE NO. |
| DOB: 1990; U.S. Citizen | 10 - 0 8 7 5 9 M - |

| | |
|---|---|
| Complaint for violation of Title 21 | United States Code § 841(a)(1) and 841(b)(1)(B)(vii) |
| Title 18 | United States Code § 111(a)(1) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

### COUNT 1

On or about December 13, 2010, at or near Sonoita, in the District of Arizona, **Steven Rene Gallardo,** did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 134 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

### COUNT 2

On or about December 13, 2010, at or near Sonoita, in the District of Arizona, **Steven Rene Gallardo,** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Border Patrol Agent Michael Cook, an officer of the United States or any agency thereof, to an extent not constituting simple assault, by kicking Agent Cook in the hand, causing his hand to bleed, who was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 13, 2010, U.S. Border Patrol agents observed a white Isuzu Rodeo SUV enter the Hidden Hills Estates near Sonoita, Arizona, and park next to a red pickup truck with a horse trailer. Agents saw the SUV driver, later identified as **Steven Rene Gallardo,** unload something from the rear of his vehicle, and then leave the area. Agents subsequently made contact with the driver, **Gallardo,** and noticed burlap fibers on the black shirt he was wearing. A drug detection dog alerted to the Isuzu Rodeo for the presence of narcotics. Agents returned to the area where they originally saw **Gallardo** unloading something, and located approximately 134 kilograms of marijuana in the back of the red pickup truck and on the ground under the rear of the vehicle. Shoe prints found near the marijuana matched the shoes worn by **Gallardo.** After agents arrested **Gallardo** and placed him in the back of the marked U.S. Border Patrol service vehicle, **Gallardo** became increasingly belligerent. **Gallardo** kicked and hit the vehicle door with his feet and shoulder. When agents attempted to restrain him, **Gallardo** kicked U.S. Border Patrol Agent Michael Cook in the right hand, causing Cook's hand to bleed. **Gallardo** also kicked U.S. Border Patrol Agent Given in the face and groin.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| REQUEST DETENTION | SIGNATURE OF COMPLAINANT |
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | _(signature)_ |
| Bostwick/kc/MSF | OFFICIAL TITLE |
| AUTHORIZED BY: AUSA _Mary Sue Feldmeier_ | Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |

| SIGNATURE OF MAGISTRATE JUDGE[1] _Jacqueline Marshall_ | DATE December 14, 2010 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54